**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BETH MARTEL, § <br> § <br> *Plaintiff,* § <br> § <br> V. § <br> § <br> ALLIANCE ASSET MANAGEMENT, INC., § <br> § <br> *Defendant.* § | CASE NO. 4:13cv286 <br> Judge Clark/Judge Mazzant |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is Plaintiff's Motion to Dismiss with Prejudice [Doc. #17]  In the motion, Plaintiff moves for dismissal of all claims, with prejudice.

It is **ORDERED** that Plaintiff's Motion to Dismiss with Prejudice [Doc. #17] is **GRANTED**.  The court further **ORDERS** that all claims and causes of action asserted by Beth Martel against Alliance Asset Management, Inc. are DISMISSED with prejudice.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **16** day of **April, 2014.**

_____
Ron Clark, United States District Judge

1